**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2022-CA-1193

Advanced Benefit Concepts, Inc.

- - Versus - -

Blue Cross and Blue Shield of Alabama, Access Health, Inc.
& Preferred Care Services, Inc.

19th Judicial District Court
Case #: 709719
East Baton Rouge Parish

On Application for Rehearing filed on   08/21/2023 by Blue Cross and Blue Shield of Alabama, et al

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris Hester

Date **AUG 2 4 2023**

_____
Rodd Naquin, Clerk